

FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 18-0282

IN RE THE PARENTING OF D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

    Petitioner and Appellant,

    v.

GAIL A. SULLIVAN, f/k/a GAIL ANN INGELS,

    Respondent and Appellee.



FILED

SEP 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This matter is an appeal from the Thirteenth Judicial District Court's March 23, 2018 Findings of Fact, Conclusions of Law, and Order amending the parenting plan for the parties' daughter, D.I.B. By order dated July 3, 2018, this Court stayed the District Court's order through the pendency of the appeal. Since that time, we have entered several orders holding the appeal in abeyance while the parties attempted to work with D.I.B.'s therapist in a reintegration process.

On March 20, 2020, we ordered the parties to file a status report with the Court by September 18, 2020. We modified that Order on June 16, 2020, to allow the District Court to consider D.I.B.'s current condition and the parties' circumstances to determine whether enforcement or further amendments to the amended parenting plan are appropriate.[1] We reaffirmed the order for status reports and further directed the parties to address in the report whether the appeal should be dismissed without prejudice.

Each of the parties has filed a status report in accordance with our prior orders. Having reviewed the reports, it is clear to this Court that the parties remain at odds with each other. Appellant Nicholas R. Bracciale opposes dismissing the appeal and asks the Court to

---

[1] A status conference was set in the District Court for September 21, 2020. However, this Court does not know whether that conference occurred and, if so, the outcome of the conference.

continue to hold the matter in abeyance. Appellee Gail Sullivan urges this Court to terminate the stay and set a briefing schedule for this matter.

This matter has been pending for more than two years. There is a valid, appealable District Court order before this Court and we see no benefit in further delay.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal within 30 days of the date of this Order. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice. All further briefing deadlines shall be as provided in M. R. App. P. 13(1).

IT IS FURTHER ORDERED that this Court's July 3, 2018 order staying the District Court's order shall remain in effect pending resolution of the appeal or further order of the Court.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in Yellowstone County Cause No. DR 06-60 and to the Thirteenth Judicial District Court, the Hon. Donald L. Harris, presiding.

Dated this 29th day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2